

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

April 7, 2026

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York

Re:   *Victor Abel v. PMACS Hospitality LLC, et al.*
      Docket No. 1:25-cv-10311(JHR)

Dear Judge Rearden:

We represent defendants PMACS Hospitality LLC, PMACS 9 LLC, Patrick McNamee, and Michael McNamee in this matter. We write on behalf of all parties to request an adjournment of the April 24, 2026 initial conference before Your Honor. We make this request as I will be travelling with my family to visit my daughter in New Orleans on the date of the scheduled conference.

I have conferred with opposing counsel and we propose May 11, 2026 or the morning of May 22, 2026 as mutually available dates.

Thank you for consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

cc:   All Counsel of Record (via ECF)

The initial pretrial conference is hereby adjourned to **May 11, 2026** at **10:00 a.m**.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: April 15, 2026