**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
VICTOR ABEL,

                       Plaintiff,

            -against-

PMACS HOSPITALITY LLC, et al.,

                   Defendants.
-------------------------------------------------------------------------X

**25 Civ. 10311 (JHR) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action has been referred to the undersigned for general pretrial supervision.  (Dkt. No. 22).  The initial pretrial hearing previously scheduled for May 11, 2026, at 10:00 AM is hereby converted to a hearing on the dispute between the parties concerning the addition of Plaintiff Francisco Diaz to this action on April 6, 2026.  (*See* Dkt. No. 21).  The hearing will take place on the same date and at the same time before the undersigned in Courtroom 9A, 500 Pearl Street, New York, NY.  In advance of the hearing, the Court requests letter briefs on the issues raised by the dispute, including a clear statement of what relief each party is seeking.  Plaintiffs shall file their letter by no later than **May 4, 2026**.  Defendants shall file their letter by no later than **May 7, 2026**.  The parties should be prepared for oral argument on these issues at the May 11, 2026, hearing.

      **SO ORDERED.**

DATED:     New York, New York
             April 28, 2026

                                _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge