**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VICTOR ABEL and FRANCISCO DIAZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

PMACS HOSPITALITY, LLC, *et al.*,

Defendants.

**Case No.**: 1:25-cv-10311

**~~[PROPOSED]~~**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, PMACS 9 LLC ("PMACS") having offered to allow plaintiffs Victor Abel and Francisco Diaz ("Plaintiffs") to take a judgment it in this action for the total of Fifty Thousand Dollars and no cents ($50,000.00), as payment for attorneys' fees, costs, and expenses in this action, in accordance with the terms and conditions of PMACS' Rule 68 Offer of Judgment dated May 12, 2026 and filed as Exhibit A to Docket Number 33;

**WHEREAS**, on May 15, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of PMACS' Offer of Judgment (Dkt. No. 33);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Victor Abel and Francisco Diaz, in the sum of $50,000.00, as payment for attorneys' fees, costs, and expenses in this action, in accordance with the terms and conditions of PMACS' Rule 68 Offer of Judgment dated May 12, 2026 and filed as Exhibit A to Docket Number 33. *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019) (holding that "the FLSA does not require judicial approval of Rule 68(a) offers of judgment" and "declin[ing] to extend *Cheeks*' judicial approval requirement to that context"); *Jdahim v. A1 Accessible Transportation, LLC*, No. 23 Civ. 6509 (PAE), 2024 WL 1119484, at *1 (S.D.N.Y. Mar. 14, 2024) ("Because plaintiffs in this case accepted a Rule 68 offer of judgment, the Court will not conduct a *Cheeks* review.").

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 15, 2026
New York, New York

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.